No. 88-449. HEALY ET AL. v. THE BEER INSTITUTE ET AL.; and

No. 88-513. WINE & SPIRITS WHOLESALERS OF CONNECTICUT, INC. v. THE BEER INSTITUTE ET AL. C. A. 2d Cir. [Probable jurisdiction noted, 488 U. S. 954.] Motion of appellants John

F. Healy et al. for leave to file a supplemental brief after argument granted.